KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone:   (702) 678-6700
Facsimile:   (702) 678-6767
E-Mail:   advocate@kconnollylawyers.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALEXANDER FITWI,<br><br>    Defendant. | CASE NO.: 2:20-cr-00144-JCM-NJK<br><br>**STIPULATION TO CONTINUE<br>CHANGE OF PLEA HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER CHIOU, Acting United States Attorney, ALLISON REESE, Assistant United Sates Attorney, counsel for the United States of America, and KAREN A. CONNOLLY, counsel for defendant ALEXANDER FITWI, that the change of plea hearing scheduled for June 3, 2022 at 11:00 a.m. be vacated and set to a date and time convenient to the Court.

This stipulation is entered into for the following reasons:

1. Karen A. Connolly, counsel for defendant, Alexander Fitwi, was scheduled to return to Nevada from Puerto Rico on June 2, 2022, however the flight was canceled by the airline. Therefore, counsel for defendant Fitwi will not be in the jurisdiction on June 3, 2022 at 11:00 a.m. for the change of plea hearing.

2. The parties agree to the continuance.

3. Defendant is not in custody and agrees to the continuance.

/ / /

/ / /

/ / /

Stip to Cont change of plea hearing.wpd          1

1. This is the first request for a continuance of the change of plea hearing.
2. DATED this 2 day of June, 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Allison Reese*
ALLISON REESE
Assistant United States Attorney

*/s/ Karen A. Connolly*
KAREN A. CONNOLLY
Counsel for Defendant ALEXANDER FITWI

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALEXANDER FITWI,<br><br>　　　　　Defendant. | CASE NO.: 2:20-cr-00144-JCM-NJK<br><br>**ORDER** |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Karen A. Connolly, counsel for defendant, Alexander Fitwi, was scheduled to return to Nevada from Puerto Rico on June 2, 2022, however the flight was canceled by the airline. Therefore, counsel for defendant Fitwi will not be in the jurisdiction on June 3, 2022 at 11:00 a.m. for the change of plea hearing.

2. The parties agree to the continuance.

3. Defendant is not in custody and agrees to the continuance.

7. This is the first request for a continuance of the change of plea hearing.

For all of the above-sated reasons, the end of justice would best be served by a continuance of the trial date.

### ORDER

IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for June 3, 2022, at the hour of 11:00 a.m., be vacated and continued to **July 1, 2022, at 11:00 a.m.**

DATED this  2nd   day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE

Stip to Cont change of plea hearing.wpd　　　　　3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of Karen A. Connolly, LTD., and is a person of such age and discretion as to be competent to serve papers.

That on this 2 day of June, 2022, she served an electronic copy of the above and Foregoing ***Stipulation to Continue Change of Plea Hearing***, via electronic service (ECF) via electronic service (ECF) to the person named below:

Allison Reese, US Attorney

 */s/ Shaeley Foster*
Employee of Karen A. Connolly, LTD.