UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff(s),<br><br>    v.<br><br>ALEXANDER FITWI,<br><br>                          Defendant(s). | Case No. 2:20-CR-144 JCM (NJK)<br><br>ORDER |

      Presently before the court is defendant Alexander Fitwi's *pro se* motion for a copy of the docket and attendant documents. (ECF No. 57). The government has not filed a response and the time to do so has now passed. However, defendant must still show entitlement to relief requested.

      Defendant asserts that 18 U.S.C. § 3006A entitles him to one free copy of each of his court documents. Nowhere in § 3006A is there any reference to providing court documents to prisoners.

      Accordingly,

      IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion for copies of documents (ECF No. 57) be, and the same hereby is, DENIED, without prejudice.

      DATED March 20, 2023.

                                                            _____
                                                           UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**