UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-144 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| ALEXANDER FITWI, | |
| Defendant(s). | |

Presently before the court is Karen A. Connolly ("Ms. Connolly")'s motion to withdraw as CJA counsel for defendant Alexander Fitwi ("defendant"). (ECF No. 61). The government did not file a response to Ms. Connolly's motion.

On January 11, 2022, Ms. Connolly was appointed under the Criminal Justice Act, 18 U.S.C. § 3006(A)(a)(1)(e), to represent defendant. (ECF No. 35). This court sentenced defendant to thirty months' imprisonment for being a felon in possession of a firearm, a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(1). (ECF No. 55). The court entered judgment against defendant on October 12, 2022. (ECF No. 56).

Local Rule IA 11-6 provides that "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." LR IA 11-6(b). The affected client may, but is not required to, file a response to the attorney's motion within fourteen days of the filing of the motion, unless the court orders otherwise. *Id*.

**James C. Mahan**
**U.S. District Judge**

Ms. Connolly has completed her appointed task, and there is no opposition to the motion. She has satisfied the local rules through the filing of her motion.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that CJA counsel Karen A. Connolly's motion to withdraw as counsel for defendant Alexander Fitwi (ECF No. 61) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that she be removed from the CM/ECF e-notice list.

DATED June 5, 2024.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**